IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-01889-JLK**

**ENGINEERED DATA PRODUCTS, INC.,**

    Plaintiff,

v.

**INFOSYSTEM SOLUTIONS, LLC,**

    Defendant.

_____

**ORDER**
_____

Kane, J.

A status conference in this matter is set for **Friday, April 27, 2007 at 10:30 AM** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver. The parties shall come prepared to discuss a plan and schedule for future proceedings in this action in light of the disposition of their cross motions for partial summary judgment in the Memorandum Opinion entered on March 23, 2007.

Plaintiff's Motion for Default Judgment and Permanent Injunction (Doc. 42) remains pending in this action. The rulings made in the March 23, 2007 Memorandum Opinion may affect the relief sought in this motion. In order to simplify the matters to be addressed at the status conference, I therefore deny this motion without prejudice.

Plaintiff may, if it chooses, refile this motion in its current or an amended form at or after the status conference.

    IT IS SO ORDERED.

    Dated this 23rd day of March, 2007.

                                           s/ John L. Kane
                                           John L. Kane, Senior District Judge
                                           United States District Court